COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| | § | |
| JESSE CASTANUELA, | | |
| | § | No. 08-13-00041-CR |
| Appellant, | | |
| | § | Appeal from |
| v. | | |
| | § | Criminal District Court Four |
| THE STATE OF TEXAS, | | |
| | § | of Tarrant County, Texas |
| Appellee. | | |
| | § | (TC # 1255124D) |

## MEMORANDUM OPINION

Jesse Castanuela appeals his conviction of evading arrest with a vehicle, enhanced as a habitual offender. A jury found Appellant guilty and found he used or exhibited a deadly weapon during the commission of the offense. The jury also found the habitual offender enhancement paragraph true based on Appellant's plea of true and assessed his punishment at imprisonment for a term of ninety-nine years. The trial court included an affirmative deadly weapon finding in the judgment. We affirm.

## FRIVOLOUS APPEAL

Appellant's court-appointed counsel has filed a brief in which he has concluded that the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493, *reh. denied*, 388 U.S. 924, 87 S.Ct. 2094, 18 L.Ed.2d 1377 (1967), by advancing contentions which counsel says might arguably

support the appeal.  *See High v. State*, 573 S.W.2d 807 (Tex.Crim.App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex.Crim.App. 1974); *Pena v. State*, 932 S.W.2d 31 (Tex.App.--El Paso 1995, no pet.).  A copy of counsel's brief has been delivered to Appellant, and Appellant has been advised of his right to examine the appellate record and file a *pro se* brief.  Appellant has not filed a *pro se* brief.

We have carefully reviewed the record and counsel's brief, and agree that the appeal is wholly frivolous and without merit.  Further, we find nothing in the record that might arguably support the appeal.  The judgment is affirmed.

August 21, 2014

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.

(Do Not Publish)